THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 2:03-cr-00068-MR-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JIMMY EARL COX, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Reconsideration for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) [Doc. 41].

On August 4, 2015, the Court granted the Defendant's motion pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 and reduced his previously imposed aggregate sentence of 198 months' imprisonment to 186 months. The aggregate sentence included a 60-month consecutive sentence to which the Defendant was sentenced in Count 4. The sentence was not reduced to the low end of the amended Guidelines range for which the Defendant was

eligible because of the Defendant's many infractions while imprisoned, as argued by the Government. [Doc. 40].

The Defendant now moves for reconsideration of the Court's Order, arguing that his sentence should have been reduced to the low end of the amended Guidelines range. [Doc. 41]. Upon review of the Defendant's motion, the Court finds no basis in law to reconsider its prior Order.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Reconsideration for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) [Doc. 41] is **DENIED**.

**IT IS SO ORDERED.**

Signed: November 16, 2015

Martin Reidinger
United States District Judge